UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

JASON JAY MALZAHN

Debtor(s)

Case No. 14-54784-TJT
Chapter 13
Hon. TUCKER

_____/

## OBJECTIONS TO CONFIRMATION

Creditor, MICHIGAN SCHOOLS & GOVERNMENT CREDIT UNION, by and through its attorneys, BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C., objects to the confirmation of the Debtor's proposed Chapter 13 Plan as follows:

1. Creditor is the holder of a security interest in a Share Pledge Loan.

2. The balance owing Creditor as of the date of the bankruptcy petition was $9,574.49.

3. Debtor's proposed Chapter 13 Plan fails to treat Creditor's claim as secured in contravention of 11 U.S.C. §506(b) and 11 U.S.C. §1325(a)(5).

WHEREFORE, Creditor prays that this Honorable Court will deny confirmation of the Chapter 13 Plan as proposed.

BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.

/S/ KAREN L. ROWSE-OBERLE (P41893)
Attorney for Creditor
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
krowse-oberle@butler-butler.com

November 13, 2014

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

Jason J. Malzahn

Case No. 14-54784-TJT
Chapter 13
Hon. Tucker

Debtor(s)
_____/

## STATEMENT REGARDING OWNERSHIP OF
## MICHIGAN SCHOOLS & GOVERNMENT CREDIT UNION

( ) The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name:
Address:

Name:
Address:

Name:
Address:

(For additional names, attach an addendum to this form)

( x ) There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

The undersigned is the:

( X ) Creditor

( ) Plaintiff

( ) Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/13/14

_____
Signature of Authorized Individual

PETE WASYLKEVYCH
Print Name

Repayment Supervisor
Title

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

JASON JAY MALZAHN

Debtor(s)

Case No. 14-54784-TJT
Chapter 13
Hon. TUCKER

/

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2014, I electronically filed the Objection to Confirmation of Plan with Clerk of the Court using the ECF system which will send notification of such filing to the following:

-**Edward J. Gudeman, Attorney for Debtor(s)**
-**Tammy L. Terry, Chapter 13 Trustee**

BUTLER, BUTLER & ROWSE-OBERLE, PLLC

/S/ Bridgette Dockery
Legal Assistant
Butler, Butler & Rowse-Oberle, P.L.L.C.
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
info@butler-butler.com